DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA POWELL, ESQ.
Nevada Bar No. 12488
STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendants*
*Wells Fargo Bank, N.A.*
*Wells Fargo & Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA XIONG, an individual,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY,<br><br>Defendants. | Case No.: 2:26-cv-01938-APG-NJK<br><br>**STIPULATION AND ORDER:**<br>**(1) TO ARBITRATE CASE; AND**<br>**(2) TO STAY CASE PENDING COMPLETION OF ARBITRATION** |

Plaintiff Joshua Xiong ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendants Wells Fargo Bank, National Association and Wells Fargo & Company (collectively "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

1. Plaintiff and Defendants are parties to a Mutual Arbitration Agreement (the "Arbitration Agreement") which provides that all disputes arising out of Plaintiff's employment with Defendants are subject to resolution by final and binding arbitration with the American Arbitration Association.

2. The Arbitration Agreement is valid and binding on the parties.

3. All of Plaintiff's claims shall be submitted to and resolved by final, binding and private arbitration in accordance with the Arbitration Agreement and the applicable AAA Employment Arbitration Rules and Mediation Procedures.

4. Plaintiff shall initiate arbitration proceedings with AAA no later than September 18, 2026.

5. This case shall be stayed in this Court pursuant to 9 U.S.C. § 3 pending completion of arbitration.

6. The Parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *Szanto v. Marina Marketplace I, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 17th day of July, 2026.

GREENBERG GROSS LLP

*/s/ Coco Padilla*
Jemma E. Dunn, Bar # 16229
Matthew T. Hale, Bar # 16880
Jorge "Coco" Padilla, Bar # 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Joshua Xiong*

JACKSON LEWIS P.C.

*/s/ Stewart Brumbeloe*
Deverie J. Christensen, Bar # 6596
Tenesa Powell, Bar # 12488
Stewart Brumbeloe, Bar # 16813
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants Wells Fargo Bank, National Association and Wells Fargo & Co.*

**ORDER**

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
DATED: July 20, 2026